IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEY EQUIPMENT FINANCE, INC.,

    Plaintiff,

  v.

WILLIAM R. DIXON JR.,

    Defendant.

No. C 09-03397 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

The Court **DENIES** plaintiff's request to attend the case management conference over the telephone. All counsel shall please attend the case management conference in person. The Court finds it difficult to conduct hearings over the telephone due to poor quality of the speaker phones in the courtroom.

**IT IS SO ORDERED.**

Dated: October 8, 2009.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE