1  DEBORAH YOON JONES (State Bar No. 178127)
   **ALSTON & BIRD LLP**
2  333 South Hope Street, Sixteenth Floor
   Los Angeles, California 90071
3  Telephone: (213) 576-1000
   Facsimile (213) 576-1100
4  Email: debbie.jones@alston.com

5  C. AUGUSTINE RAKOW (State Bar No. 254585)
   **ALSTON & BIRD LLP**
6  Two Palo Alto Square
   3000 El Camino Real, Suite 400
7  Palo Alto, CA 94306-2112
   Telephone: (650) 838-2000
8  Facsimile: (650) 838-2001
   Email: augie.rakow@alston.com

10 Attorneys for Plaintiff
   KEY EQUIPMENT FINANCE, INC.
11
   WILLIAM R. DIXON, JR.
12 180 Sansome Street, Suite 1100
   San Francisco, CA 94104-3717
13 Telephone: (415) 782-1204
   Facsimile: (415) 989-1204
14 Email: BD1941@aol.com

15 In Pro Per

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. DIXON, JR., <br><br> Defendant. | Case No.: 09-cv-3397 WHA <br><br> **STIPULATION & [~~PROPOSED~~] ORDER EXTENDING MEDIATION DEADLINE WITH MODIFICATIONS** |

WHEREAS the current deadline to complete mediation according to ADR Local Rule 6-4(b) is **January 29, 2010**;

WHEREAS collateral representing a portion of defendant's alleged financial obligation to plaintiff was recently sold at auction;

WHEREAS the parties need time to reconsider their settlement positions in light of the sale and discuss their settlement proposals with each other before entering formal mediation;

WHEREAS there is no date before the current deadline when plaintiff's attorneys and the mediator, Mr. Mark Katz, are all available to meet in person to conduct the mediation;

WHEREAS the parties and the mediator Mr. Katz have mutually agreed upon a new mediation date of **March 15, 2010**, to be held at the Palo Alto offices of plaintiff's attorneys, Alston & Bird LLP;

NOW, THREFORE, the parties hereby stipulate and ask the Court to order as follows:

1. The deadline to complete mediation is continued to **March 15, 2010**.

DATED: January 19, 2010   Respectfully submitted,

ALSTON & BIRD LLP

By: /s/
 C. Augustine Rakow
 Attorneys for Plaintiff, KEY EQUIPMENT FINANCE, INC.

DATED: January 19, 2010   Respectfully submitted,

By: /s/
 William R. Dixon, Jr.
 In Pro Per

## [PROPOSED] ORDER

Pursuant to stipulation between the parties, the mediation deadline is hereby extended to **MARCH 15, 2010**. The parties, however, are *reminded* that this extension will *in no way* affect any deadlines set forth in the case management order. The parties must prepare for trial. No extensions will be granted to trial or discovery deadlines due to the parties' ongoing settlement efforts.

IT IS SO ORDERED.

Dated: January 20, 2010



William H. Alsup
UNITED STATES DISTRICT JUDGE

## FILER'S ATTESTATION

I, C. Augustine Rakow, am the ECF User whose ID and password are being used to file this **CASE MANAGEMENT CONFERENCE STATEMENT**. In compliance with General Order 45, paragraph X.B., I hereby attest that William R. Dixon, Jr. has concurred in this filing.

DATED: January 19, 2010      Respectfully submitted,

ALSTON & BIRD LLP

By: _____/s/_____
    C. Augustine Rakow
    Attorneys for Plaintiff, KEY EQUIPMENT
    FINANCE, INC.

## CERTIFICATE OF SERVICE

I certify that defendant Mr. Dixon is being served on January 19, 2010 with an copy of this via email as agreed in the parties' October 22, 2009 Joint Case Management Statement.

William R. Dixon, Jr.        BD1941@aol.com

By: ___/s/ C. Augustine Rakow_____
    C. Augustine Rakow

Attorneys for Plaintiff
KEY EQUIPMENT FINANCE, INC.