DEBORAH YOON JONES (State Bar No. 178127)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile (213) 576-1100
Email: debbie.jones@alston.com

C. AUGUSTINE RAKOW (State Bar No. 254585)
**ALSTON & BIRD LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
Email: augie.rakow@alston.com

Attorneys for Plaintiff
KEY EQUIPMENT FINANCE, INC.

WILLIAM R. DIXON, JR.
180 Sansome Street, Suite 1100
San Francisco, CA 94104-3717
Telephone: (415) 782-1204
Facsimile: (415) 989-1204
Email: BD1941@aol.com

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEY EQUIPMENT FINANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM R. DIXON, JR., <br><br> Defendant. | Case No.: 09-cv-3397 WHA <br><br> **STIPULATION & [PROPOSED] ORDER DISMISSING THE ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION FOR SIXTY DAYS** |

STIPULATION & [PROPOSED] ORDER DISMISSING
THE ACTION WITHOUT PREJUDICE AND                        1                        CASE NO. 09-cv-3397-WHA
RETAINING JURISDICTION

WHEREAS Plaintiff Key Equipment Finance, Inc. ("Key") and Defendant William R. Dixon, Jr. ("Dixon") (collectively, the "Parties") hereby inform the Court that they have settled their dispute in this case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the Settlement Agreement reached between the Parties.

NOW THEREFORE, the Parties stipulate and agree that:

1. All claims, Counterclaims and other causes of action that each has brought or could have brought against the other shall be dismissed without prejudice;

2. Each party shall bear its own expenses, costs of court, and attorneys' fees; and

3. The Court shall retain jurisdiction pending satisfaction of the Settlement Agreement entered into by the Parties that forms the basis of this dismissal.

**Jurisdiction will be retained for sixty days from the date of this order.**

DATED: ~~February~~ March 9, 2010     Respectfully submitted,

ALSTON & BIRD LLP

By: _____
C. Augustine Rakow
Attorneys for Plaintiff, KEY EQUIPMENT FINANCE, INC.

DATED: ~~February~~ March 4, 2010     Respectfully submitted,

By: _____
William R. Dixon, Jr.
In Pro Per

STIPULATION & [~~PROPOSED~~] ORDER DISMISSING THE ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION

2

CASE NO. 09-cv-3397-WHA

## [PROPOSED] ORDER

PURSUANT TO STIPULATION. IT IS HEREBY ORDERED:

1. All claims, Counterclaims and other causes of action that each has brought or could have brought against the other shall be dismissed without prejudice:

2. Each party shall bear its own expenses, costs of court, and attorneys' fees; and

3. The Court shall retain jurisdiction pending satisfaction of the Settlement Agreement entered into by the Parties that forms the basis of this dismissal.

Jurisdiction will be retained for **sixty days** from the date of this order.

IT IS SO ORDERED.   **THE CLERK SHALL CLOSE THE FILE.**

Dated: ___March 10___, 2009



William A. Alsup
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER DISMISSING
THE ACTION WITHOUT PREJUDICE AND
RETAINING JURISDICTION

3

CASE NO. 09-cv-3397-WHA

**FILER'S ATTESTATION**

I, C. Augustine Rakow, am the ECF User whose ID and password are being used to file this **STIPULATION & [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION**. In compliance with General Order 45, paragraph X.B., I hereby attest that William R. Dixon, Jr. has concurred in this filing.

DATED: ~~February~~ March 9, 2010

Respectfully submitted.

ALSTON & BIRD LLP

By: /s/ C. Augustine Rakow
C. Augustine Rakow
Attorneys for Plaintiff, KEY EQUIPMENT FINANCE, INC.

**CERTIFICATE OF SERVICE**

I certify that defendant Mr. Dixon is being served on March 9, 2010 with an copy of this via email as agreed in the parties' October 22, 2009 Joint Case Management Statement.

William R. Dixon, Jr.      BD1941@aol.com

By: /s/ C. Augustine Rakow
C. Augustine Rakow

Attorneys for Plaintiff
KEY EQUIPMENT FINANCE, INC.

STIPULATION & [~~PROPOSED~~] ORDER DISMISSING THE ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION     4     CASE NO. 09-cv-3397-WHA