UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEY EQUIPMENT FINANCE,<br><br>            Plaintiff,<br><br>  v.<br><br>WILLIAM R. DIXON JR. et al,<br><br>            Defendant. | Case Number: CV09-03397 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William R. Dixon
180 Sansome St., Suite 1100
San Francisco, CA 94104-3717

Dated: March 10, 2010

                                              Richard W. Wieking, Clerk
                                              By: Dawn Toland, Deputy Clerk